

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **24 CR 184 - GKF** |
| Plaintiff, | **FILED UNDER SEAL** |
| v. | INDICTMENT |
| KELVIN WARREN CANADY, | [18 U.S.C. §§ 922(g)(1) and 924(a)(8) – Felon in Possession of a Firearm and Ammunition; |
| Defendant. | Forfeiture Allegation: 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Firearms Forfeiture] |

**THE GRAND JURY CHARGES:**

On or about February 14, 2024, in the Northern District of Oklahoma, the defendant, **KELVIN WARREN CANADY**, knowing he had previously been convicted of at least one of the following crimes punishable by imprisonment for terms exceeding one year:

1. Possession of Controlled Drug with Intent to Distribute (Count One), Case No. CF-2002-743, in the District Court of Tulsa County, State of Oklahoma, on June 19, 2002;

2. Possession of a Firearm While in Commission of a Felony (Count Three), Case No. CF-2002-743, in the District Court of Tulsa County, State of Oklahoma on June 19, 2002;

3. Unlawful Possession of Controlled Drug Schedule II (Count One), Case No. CF-2007-42, in the District Court of Tulsa County, State of Oklahoma, on February 5, 2007;

4. Unlawful Possession of Paraphernalia (Count Two), Case No. CF-2007-42, in the District Court of Tulsa County, State of Oklahoma, on February 5, 2007;

5. Possession of Controlled Drug with Intent to Distribute (Count One), Case No. CF-2014-2632, in the District Court of Tulsa County, State of Oklahoma,

on August 25, 2014;

6. Possession of Controlled Drugs without Tax Stamp Affixed (Count Two), Case No. CF-2014-2632, in the District Court of Tulsa County, State of Oklahoma, on August 25, 2014;

7. Possession of a Firearm AFCF (Count Four), Case No. CF-2014-2632, in the District Court of Tulsa County, State of Oklahoma, on August 25, 2014;

8. Embezzlement (Count Two), Case No. CF-2016-6175, in the District Court of Tulsa County, State of Oklahoma, on March 22, 2017; and

9. Unlawful Possession of Controlled Dangerous Substance with Intent to Distribute (Count One), Case No. CF-2019-147, in the District Court of Wagoner County, State of Oklahoma, on July 15, 2019,

knowingly possessed in and affecting interstate and foreign commerce the following firearm and ammunition:

1. A Smith & Wesson, Model M&P 9 Shield, 9mm semi-automatic pistol, serial number HDE4856;

2. Four rounds of Blazer branded 9mm ammunition; and

3. One round of Winchester (WIN) branded ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION
[18 U.S.C. § 924(d)(1) and 28 § U.S.C. § 2461(c)]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in this Indictment, as a part of his sentence, the defendant, **KELVIN WARREN CANADY**, shall forfeit to the United States any firearm and ammunition involved in or used in the knowing commission of such offense. The property to be forfeited includes, but is not limited to:

**FIREARM AND AMMUNITION**

1. A Smith and Wesson, Model M&P 9 Shield, 9mm semi-automatic pistol, serial number HDE4856; and

2. Approximately 5 rounds of ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

CLINTON J. JOHNSON  
United States Attorney

A TRUE BILL

_____  
JOHN W. DOWDELL  
Assistant United States Attorney

/s/ Grand Jury Foreperson  
Grand Jury Foreperson